**Mary NAPIER, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

Jan. 12, 1951.

Burnis Martin, Prestonsburg, for movant.

J. C. Cornett, Commonwealth's Atty., Hindman, A. E. Funk, Atty. Gen., Zeb A. Stewart, Asst. Atty. Gen., for the Commonwealth, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.